IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Clearwater Trust, a Trust for the benefit of Russell B. Lentz Jr. and Mitzi L. Lentz, with Donna Schuford as trustee; the Elisabeth T. Lentz Trust, with Marydine Lentz Lamb as Trustee; Russell B. Lentz, Jr. and Mitzi L. Lentz, Individually and as the owners and beneficiaries of the Clearwater Trust and as the beneficiaries of the Elisabeth T. Lentz Trust, and the Estate of Elisabeth R. Lentz,<br><br>              Plaintiffs,<br><br>vs.<br><br>Wyche, Burgess, Freeman & Parham, P.A., Marshall Winn and Wallace K. Lightsey,<br><br>              Defendants. | C.A. No.: 6:06-1854-HMH<br><br>**OPINION AND ORDER** |

This matter is before the court on the Defendants' motion for summary judgment. Upon review of the pleadings, the court has determined that the undersigned must recuse himself in this matter. The undersigned made decisions in the underlying matter which are being called into question in the case at bar. 28 U.S.C. § 455(a) requires that a judge "disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Based on the foregoing, the undersigned feels that recusal is required and directs that the matter be reassigned to another judge.

1

**IT IS SO ORDERED**.

                                            s/Henry M. Herlong, Jr.
                                            United States District Judge

Greenville, South Carolina
April 25, 2007